# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| DEBORAH TUCK, | Case No. 17-cv-00626-BAS-MDD |
|---|---|
| Plaintiff, | **ORDER GRANTING JOINT MOTION TO DISMISS** |
| v. | |
| MERCHANTS CREDIT ASSOCIATION, | |
| Defendant. | |

Before the Court is the parties' joint motion to dismiss the above-captioned action in its entirety with prejudice. (ECF No. 11.) Having reviewed the motion, and noting that the stipulation of dismissal has been signed by all parties who have appeared, the Court **GRANTS** the motion. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii). Accordingly, Plaintiff's claims are **DISMISSED WITH PREJUDICE**. Each party will bear its own costs and attorneys' fees as provided for in the parties' settlement agreement.

The Clerk of Court is instructed to close the file.

//

1 //

2 //

3     **IT IS SO ORDERED**.

4 **DATED: August 23, 2017**

Hon. Cynthia Bashant
United States District Judge